IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GEORGE A. NELSON     PLAINTIFF

v.     Civil No. 05-5067

JO ANNE B. BARNHART, Commissioner
Social Security Administration     DEFENDANT

### **JUDGMENT**

Comes now the Court on this 8th day of May, 2006, in accordance with the Memorandum Opinion filed in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of Social Security is affirmed and plaintiff's complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

                                             **/s/ Beverly Stites Jones**
                                        _____
                                         HON. BEVERLY STITES JONES
                                         UNITED STATES MAGISTRATE JUDGE